IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DENISE BOOKER<br>        Plaintiff,<br><br>vs.<br><br>ST. VINCENT DE PAUL GEORGIA,<br>        Defendant. | Civil Action File<br>No. 1:16-CV-04225-TWT |

### ORDER APPROVING SETTLEMENT AND DISMISSING CASE

This matter is before the Court on the parties' Joint Motion to Approve FLSA Settlement. The Court having reviewed the Motion and the Settlement Agreement and General Release executed by the parties, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion to Approve FLSA Settlement is **GRANTED**.

2. The Court finds that the Settlement Agreement is the product of arm's length bargaining of qualified counsel and that the agreed-upon terms and conditions of settlement of this litigation arising under the Fair Labor Standards Act, as set forth in the Settlement Agreement and General Release, are fair and reasonable under the circumstances. This settlement enables the parties to avoid recognized and real litigation risks posed by their respective positions. Accordingly, the Settlement Agreement and General Release is hereby

**APPROVED** and the terms of the Settlement Agreement and General Release are hereby **INCORPORATED** into this Order by reference.

3. This matter is hereby **DISMISSED** with prejudice, with costs and fees to be paid pursuant to the terms of the Settlement Agreement, except that the Court shall retain jurisdiction over this matter as necessary to enforce the terms of the Settlement Agreement.

So Ordered this 14th day of February, 2017.

                                                              **/s/Thomas W. Thrash**
                                                     Hon. Thomas W. Thrash, Jr.
                                                     United States District Judge

**CONSENTED:**

| | |
|---|---|
| */s/ Adian Miller* | */s/ R. Daniel Beale* |
| Adian Miller | R. Daniel Beale |
| Georgia Bar No. 794647 | Georgia Bar No. 043880 |
| MORGAN & MORGAN | Jibran S. Shermohammed |
| 191 Peachtree Street NE | Georgia Bar No. 840775 |
| Suite 4200 | DENTONS US LLP |
| Atlanta, GA 30312 | 303 Peachtree Street, NE, Suite 5300 |
| phone: 404.965.8811 | Atlanta, Georgia 30308 |
| Email: armiller@forthepeople.com | phone: 404.527.4000 |
| | fax: 404.527.4198 |
| *Attorney for Plaintiff, Denise Booker* | Email: dan.beale@dentons.com |
| | Email: jibran.shermohammed@dentons.com |
| | |
| | *Attorneys for Defendant, Society of St.* |
| | *    Vincent de Paul Georgia, Inc.* |

102478279\V-2